BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00091 AWI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | FOR CONTINUANCE OF STATUS |
| v. ) | CONFERENCE |
| ) | |
| GRACIELA TORRES MORALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Broughton, attorney for Graciela Torres Morales, that the status conference set for May 14, 2012 at 1:00 pm be continued to June 11, 2012 at 1:00 pm.  The undersigned Assistant U.S. Attorney has a family crisis for which she needs to travel out of state and will not be available on May 14, 2010.  The parties discussed requesting that the hearing be scheduled for May 29, 2012, but due to scheduling conflicts of defense counsel and the Court's calendar, we agreed upon a requested date of June 11, 2012.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of

the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: May 3, 2012                          Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                    By      /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

Dated: May 3, 2012                          /s/ Mark Broughton
                                            MARK BROUGHTON
                                            Attorney for Graciela Morales

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **May 10, 2012**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE