United States District Court
EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 3 1 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| vs. | ) | Case No. |
| Graciela Torres **MORALES** | ) | 1:12-CR-00091-AWI-DLB |
| | ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Graciela Torres Morales__, have discussed with __Francisco J. Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

The following condition of release be added: You shall participate in a program of medical or psychiatric treatment including treatment for depression, and pay for costs as approved by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-23-12        _____  8/23/12
Signature of Defendant    Date           Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  8/31/12
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  8/30/12
Signature of Defense Counsel             Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __8/31/12__.
[ ] The above modification of conditions of release is *not* ordered.

_____                  Aug. 31, 2012
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services