```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
```

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00091 AWI-DLB |
| 12 | Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS |
| 13 | v. ) | CONFERENCE |
| 14 | GRACIELA TORRES MORALES, ) | |
| 15 | Defendant. ) | |
| 16 | ) | |

17      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19 Attorney and Mark Broughton, attorney for Graciela Torres Morales,

20 that the status conference set for December 10, 2012 at 1:00 pm be

21 continued to January 28, 2013 at 1:00 pm before Magistrate Judge

22 Barbara A. McAuliffe.  The defense has provided reciprocal discovery

23 and has requested further investigation in this matter.  The

24 government is pursuing additional investigation, but needs additional

25 time to complete the requested investigation.

26   The parties further request the Court to enter an Order finding

27 that the "ends of justice" served by a continuance outweigh the

28 interest of the public and the defendant in a speedy trial, and that

the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: December 5, 2012                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                    By     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: December 5, 2012                    /s/ Mark Broughton
                                           MARK BROUGHTON
                                           Attorney for Graciela Morales

   IT IS SO ORDERED.

   **Dated:    December 6, 2012**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE