**United States District Court**
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:12CR00091 AWI BAM |
| Graciela Torres Morales ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Graciela Torres Morales__, have discussed with __Francisco J. Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

Based on the defendant's overall compliance with conditions of Pretrial Services supervision, including the location monitoring condition, the condition requiring the defendant to participate in the home detention component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments to BI Monitoring until her monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4-2-13        _____  April 2, 2013
Signature of Defendant     Date          Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____              4-2-13
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              4/3/13
Signature of Defense Counsel           Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __4/3/13__
[ ] The above modification of conditions of release is *not* ordered.

_____              4/3/13
Signature of Judicial Officer           Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services