Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant GRACIELA TORRES MORALES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00091-AWI-BAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| GRACIELA TORRES MORALES, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Graciela Morales, and Kimberly Sanchez, Assistant United States Attorney, that the Sentencing Hearing set for January 12, 2015 be continued to February 23, 2015.

   The continuance is requested by counsel for the Defendant due to the fact that counsel would like to go over the probation report with Defendant. Counsel would like to file a sentencing memorandum on her behalf.

   Counsel for Defendant has spoken to the Assistant U.S. Attorney, Kimberly Sanchez, who has no objections to this continuance.

///

IT IS SO STIPULATED.

DATED: January 8, 2015         /s/ Kimberly A. Sanchez
                               KIMBERLY A. SANCHEZ
                               Assistant United States Attorney

DATED: January 8, 2015         /s/Mark A. Broughton
                               MARK A. BROUGHTON
                               Attorney for Graciela T. Morales

ORDER

IT IS SO ORDERED.

Dated:  January 8, 2015        _____
                                SENIOR  DISTRICT  JUDGE